John S. Neal and wife, Lula M. Neal, Appellants, v. Annie L. Smith, Appellee.

*In Banc.*

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

R. L. Anderson for appellants.

Raymond B. Bullock for appellees.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The appeal is dismissed on motion of counsel for the appellees.